IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RICKY NELSON BASS, #138184, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:03-cv-464-F |
| ) | |
| NAPHCARE MEDICAL SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on July 27, 2005(Doc. #25), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1. That the defendant's motion for summary judgment is GRANTED.

2. That this case is DISMISSED with prejudice.

3. That the costs of this proceeding are taxed against the plaintiff.

DONE this 22nd day of August, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE